FILED
IN CLERK'S OFFICE
U.S. DI??? ???COURT E.D.N.Y.

☆    ??? 6 - 2006    ☆

P.M. _____
TIME A.M. _____

DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

UNIVERSITY OF PITTSBURGH,

                 Plaintiff,

           vs.

MARC H. HEDRICK, PROSPER BENHAIM,
HERMANN PETER LORENZ, and MIN ZHU,

                 Defendants.

:  ECF CASE

:

:  No. 1:06-mc-00176-NG-KAM

:

:  **ADMISSION TO PRACTICE**
:  **PRO HAC VICE**

:

:

------------------------------------------------------------------ X

     The motion for admission to practice pro hac vice in the above captioned matter is *upon proof of payment of the $25.00 admission fee.* granted. The admitted attorney Sandra S. Fujiyama is permitted to appear, specially or

otherwise, to argue or try this particular case in whole or in part as counsel or advocate.

     An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney

admission fee and present this Order to the intake deputy clerk in the Clerk's office.  When

paying by mail, return a copy of the Order to the Clerk's Office with the required fee.

     This Order confirms your appearance, special or otherwise, as counsel in this case, and it

will be entered on the Court's docket.  A notation of your admission pro hac vice for the above

listed case will be made on the roll of attorneys.

     The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in

this case.

     IT IS SO ORDERED

Dated:  New York, New York
       July 5 , 2006

                                       Matsumoto

                                _____
                                Honorable Kiyo A. Matsumoto